## STATE OF CONNECTICUT *v.* ALEX ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 69 (AC 25879), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Nicholas P. Cardwell*, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided September 13, 2006

## JANET A. IRVING *v.* FIREHOUSE ASSOCIATES, LLC

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 713 (AC 26074), is denied.

*Thomas E. Crosby*, in support of the petition.

*Gerald L. Garlick*, in opposition.

Decided September 13, 2006

## CHERYL PURNELL *v.* O. JAMES PURNELL III

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 677 (AC 26178), is denied.

*Campbell D. Barrett*, in support of the petition.

*Deborah W. A. Eliason*, in opposition.

Decided September 13, 2006